**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| |
|---|
| Maia |
| vs. |
| Colvin |

3:15-cv-584 (JGM)

## ORDER RETURNING SUBMISSION

We have received your document, however, it is being return to you because:

☐  Our records indicate you are represented by counsel in this matter. Therefore, all filings must be made by the attorney of record.

☐  Plaintiff is restricted from filing a new complaint in this district, without prior leave of the Court.

☐  Your pro se appearance is being returned because the rights of self-representation and representation by counsel cannot be both exercised at the same time. (See O'Reilly v. New York Times Co., 692 F.2d 863, 868 (2d Cir. 1982.)

☒  Other:   Filings may only be made by parties in a case.

The Clerk is hereby ORDERED to return the above document.

December 17, 2021                                         /s/ Joan G. Margolis
                                                                          United States Magistrate Judge

( JP )

Rev 6-25-20